UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENNIS FLORER,

      Plaintiff,

 v.

KENNEY, L.L. FIGUEROA, R. TREVINO, K. RENNINGER, D. GRIFFITH, D. DELP, K. MOORE, J. EDWARDS, K. KING, P. RIMA, S. HAMMOND, KELLOGG, HALLSTEAD, F.J. SMITH, I. HERTZ, K. DOTSON, M. HOUSEMAN, E. SUITER, J. RYAN, T. CRISTMAN, J. BUCHAN, G. FLETCHER, J. LOPIN, G. SILVER, J. SHUEY, M. HERDENER, P. SAARI, and C. JOHNSON,

      Defendants.

No. C11-5047 RJB/KLS

ORDER DIRECTING SUBMISSION OF SERVICE ADDRESS FOR UNSERVED DEFENDANT

  This is a civil rights action brought pursuant to 42 U.S.C. § 1983.  On January 20, 2011, Plaintiff was granted leave to proceed with this action *in forma pauperis* and the court directed service of Plaintiff's complaint on the named defendants.  ECF Nos. 4 and 6.

  A review of the docket reflects that the waiver and return of service forms directed to the following defendants have been returned unexecuted:

  1. G. Fletcher, returned "not employed at this address."  ECF No. 12.

  2. T. Cristman, marked "return as not deliverable as addressed/unable to forward – not here."  ECF No. 30.

ORDER - 1

The service package for G. Fletcher was re-sent by the Clerk on February 28, 2010 to the Stafford Creek Correction Center.  The waiver and return of service form has not yet been returned.  However, the Court has no alternative address for T. Cristman and cannot make another attempt to complete service.  Because service cannot be effected, personal jurisdiction over T. Cristman does not exist in this case and the court has no authority over him at this time.  However, if Plaintiff provides the court with current addresses for this defendant, along with properly completed summons and a copy of the complaint, the court can direct that service be again attempted.

Accordingly, it is **ORDERED that** the Clerk shall send a copy of this Order, the return of service form (ECF No. 30) and appropriate service forms to the Plaintiff.  Plaintiff is directed to provide the court with a new address and appropriate service forms on or before **April 29, 2011,** or the Court will recommend dismissal for failure to prosecute as to any unserved defendants.

DATED this   31st   day of March, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2