1
2
3
4
5                   UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
6                              AT TACOMA

7   DENNIS FLORER,

8                   Plaintiff,
        v.                                    No. C11-5047 RJB/KLS
9
    KENNEY, L.L. FIGUEROA, R. TREVINO,        ORDER REGARDING MOTION FOR
10  K. RENNINGER, D. GRIFFITH, D. DELP,       SERVICE OF COMPLAINT AND
    K. MOORE, J. EDWARDS, K. KING, P.         PERSONAL SERVICE
11  RIMA, S. HAMMOND, KELLOGG,
    HALLSTEAD, F.J. SMITH, I. HERTZ, K.
12  DOTSON, M. HOUSEMAN, E. SUITER, J.
    RYAN, T. CRISTMAN, J. BUCHAN, G.
13  FLETCHER, J. LOPIN, G. SILVER, J.
    SHUEY, M. HERDENER, P. SAARI, and C.
14  JOHNSON,
15
                    Defendants.
16

17      Before the Court is Plaintiff's Motion for Service of Complaint and Personal Service,

18  relating to service of his complaint on Gary Fletcher, Tim Cristman, Gary Silver, and Clifford

19  Johnson. ECF No. 46.

20      Plaintiff's request for personal service on Clifford Johnson (ECF No. 46) is moot as
21
    Defendant Johnson filed a waiver of service on April 19, 2011. ECF No. 47. Plaintiff's request
22
    for service on Gary Silver is also moot as Defendant Silver filed a waiver of service on March
23
24  22, 2011.

25      Plaintiff advised that Gary Fletcher may be served at the Stafford Creek Corrections

26  Center (SCCC). However, the Clerk re-sent a service package to Gary Fletcher on February 28,

    ORDER - 1

2010 at the SCCC.  The service of summons was returned unexecuted, marked "Cannot locate Gary Fletcher.  He is no longer with Stafford Creek Correction Center."  ECF No. 50.  Therefore, until Plaintiff can provide an alternate address for Mr. Fletcher where service may be made, the Court lacks jurisdiction over this individual.

Plaintiff advises that Tim Cristman may be served at "WSR, P.O. Box 111, Monroe, Washington 98272."  ECF No. 46.  Under separate Order, the Clerk shall be directed to send a service package to Mr. Cristman at the Monroe address.

Accordingly, Plaintiff's motion (ECF No. 46) is **DENIED** except as to his request that service reissue for Mr. Cristman at the address provided.

DATED this   27th   day of April, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2