UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DENNIS FLORER,<br><br>                Plaintiff,<br><br>   v.<br><br>KENNEY, L.L. FIGUEROA, *et al*.,<br><br>                Defendants. | CASE NO. C11-5047 RJB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge, dated June 20, 2011 (Dkt. 72), and Plaintiff's Objections to the Report and Recommendation, dated June 28, 2011 (Dkt. 74). The Court has considered the Report and Recommendation, Plaintiff's objections, and the remaining record, and hereby adopts the Amended Report and Recommendation for the reasons stated herein.

The Magistrate Judge recommends that Plaintiff's motion for immediate injunctive relief for medical care evaluation be denied. The Magistrate Judge found that Plaintiff had failed to demonstrate that irreparable injury is likely in the absence of injunctive relief. Plaintiff did not

establish that a failure to treat his condition could lead to further injury or the unnecessary and wanton infliction of pain. Plaintiff also failed to show some likelihood that the medical care provided was constitutionally inadequate.

Plaintiff's objections contend that the Magistrate Judge ignored or discredited the record evidence. The Court is not persuaded by Plaintiff's argument. While Plaintiff may be dissatisfied with the refusal to order an MRI, he has failed to submit any evidence that the decisions made by Defendants were medically unsound, let alone a manifestation of deliberate indifference to his medical needs. Differences in judgment between an inmate and prison medical personnel regarding appropriate medical diagnosis and treatment are not enough to establish a deliberate indifference claim. See *Sanchez v. Vild,* 891 F.2d 240, 242 (9th Cir. 1989); *Broughton v. Cutter Lab.*, 622 F.2d 458, 460 (9th Cir. 1980).

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's motion for preliminary injunction (Dkt. 52) is **DENIED**;

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. Karen L. Strombom.

Dated this 18th day of July, 2011.

ROBERT J. BRYAN
United States District Judge