UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENNIS FLORER,

    Plaintiff,

v.

KENNEY, L.L. FIGUEROA, R. TREVINO, K. RENNINGER, D. GRIFFITH, D. DELP, K. MOORE, J. EDWARDS, K. KING, P. RIMA, S. HAMMOND, KELLOGG, HALLSTEAD, F.J. SMITH, I. HERTZ, K. DOTSON, M. HOUSEMAN, E. SUITER, J. RYAN, T. CRISTMAN, J. BUCHAN, G. FLETCHER, J. LOPIN, G. SILVER, J. SHUEY, M. ERDENER, P. SAARI, and C. JOHNSON,

    Defendants.

No. C10-5047 RJB/KLS

ORDER GRANTING PLAINTIFF'S MOTION TO FILE OVERLENGTH RESPONSE BRIEF

Before the Court is Plaintiff's Motion for Leave to File Overlength Brief. ECF No. 86. Plaintiff requests leave to file an additional 12 pages in his Response to Defendants' Motion for Summary Judgment. *Id.* Having considered the motion and balance of the file,

It is **ORDERED**:

1) Plaintiff's Motion for Leave to File Overlength Brief of twelve additional pages in response to Defendants' Motion for Summary Judgment (ECF No. 86) is **GRANTED.** Pursuant to CR 7(f)(4), the reply brief shall not exceed one-half the total length of the brief filed in opposition.

2) Plaintiff's proposed overlength response (ECF No. 86-1, with attachments at 86-2) shall be filed by the Clerk as Plaintiff's response to Defendants' Motion for Summary Judgment.

ORDER - 1

3) The Clerk shall send a copy of this Order to Plaintiff and to counsel for Defendants.

**DATED** this  30th  day of August, 2011.

                                                  Karen L. Strombom
                                                  United States Magistrate Judge

ORDER - 2