UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENNIS FLORER,

     Plaintiff,

 v.

KENNEY, L.L. FIGUEROA, R. TREVINO, K. RENNINGER, D. GRIFFITH, D. DELP, K. MOORE, J. EDWARDS, K. KING, P. RIMA, S. HAMMOND, KELLOGG, HALLSTEAD, F.J. SMITH, I. HERTZ, K. DOTSON, M. HOUSEMAN, E. SUITER, J. RYAN, T. CRISTMAN, J. BUCHAN, G. FLETCHER, J. LOPIN, G. SILVER, J. SHUEY, M. ERDENER, P. SAARI, and C. JOHNSON,

     Defendants.

No. C11-5047 RJB/KLS

ORDER GRANTING EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

On July 19, 2011, Defendants filed a motion for summary judgment. ECF No. 77. The motion is noted for August 12, 2011. *Id.* Plaintiff filed two motions for an extension to file his response to the motion. The first, a motion for relief, requested an additional seven days to respond due to difficulties Plaintiff encountered in obtaining copies of his briefing materials. ECF No. 78. Defendants are not opposed to the requested extension. ECF No. 79. The second motion seeks an extension of Plaintiff's deadline to respond until "after the completion of

ORDER- 1

discovery." ECF NO. 87. Defendants filed no response to this latter request. Between the filing of his first motion for extension and his second, Plaintiff filed four motions to compel. ECF Nos. 80-84. Those motions are noted for September 2, 2011. *Id.*

Accordingly, it is **ORDERED:**

(1) Plaintiff's motions for extension of time to file his response to Defendant's motion for summary judgment (ECF Nos. 78 and 87) are **GRANTED.** Plaintiff shall file his response to Defendant's motion for summary judgment **on or before October 3, 2011.** Defendant may file a response **on or before October 7, 2011.** The Clerk is directed to **re-note** Defendant's motion for summary judgment (ECF No. 77) for **October 7, 2011.**

(2) The Clerk shall send copies of this Order to Plaintiff and to counsel for Defendants.

**DATED** this  2nd  day of September, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER- 2