UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DENNIS FLORER,<br><br>              Plaintiff,<br><br>       v.<br><br>KENNEY, L.L. FIGUEROA, R. TREVINO, K. RENNINGER, D. GRIFFITH, D. DELP, K. MOORE, J. EDWARDS, K. KING, P. RIMA, S. HAMMOND, KELLOGG, HALLSTEAD, F.J. SMITH, I. HERTZ, K. DOTSON, M. HOUSEMAN, E. SUITER, J. RYAN, T. CRISTMAN, J. BUCHAN, G. FLETCHER, J. LOPIN, G. SILVER, J. SHUEY, M. ERDENER, P. SAARI, and C. JOHNSON,<br><br>              Defendants. | No. C10-5047 RJB/KLS<br><br>ORDER DENYING PLAINTIFF'S MOTION TO FILE OVERLENGTH RESPONSE BRIEF |

Before the Court is Plaintiff's Motion for Leave to File Overlength Brief. ECF No. 97. Plaintiff requests leave to file an additional 12 pages in a brief responding to Defendants' Motion for Summary Judgment. *Id.* Plaintiff was previously granted leave to file an overlength brief (ECF No. 92) and his response to Defendants' motion for summary judgment was filed and is before the Court. (ECF No. 93). Plaintiff gives no reason why he needs to file two responses to Defendants' motion for summary judgment.

ORDER - 1

Accordingly, it is **ORDERED** that Plaintiff's Motion for Leave to File Overlength Brief of twelve additional pages in response to Defendants' Motion for Summary Judgment (ECF No. 97) is **DENIED.**

**DATED** this  21st  day of October, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2