UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DENNIS FLORER,<br><br>              Plaintiff,<br><br>  v.<br><br>KENNEY, L.L. FIGUEROA, R. TREVINO, K. RENNINGER, D. GRIFFITH, D. DELP, K. MOORE, J. EDWARDS, K. KING, P. RIMA, S. HAMMOND, KELLOGG, HALLSTEAD, F.J. SMITH, I. HERTZ, K. DOTSON, M. HOUSEMAN, E. SUITER, J. RYAN, T. CRISTMAN, J. BUCHAN, G. FLETCHER, J. LOPIN, G. SILVER, J. SHUEY, M. ERDENER, P. SAARI, and C. JOHNSON,<br><br>              Defendants. | No. C11-5047 RJB/KLS<br><br>**ORDER GRANTING MOTION TO WITHDRAW** |

      Before the Court is Plaintiff's motion to withdraw ECF No. 93 as his response to Defendant's motion for summary judgment. Plaintiff states that he intended his response to be the document filed at ECF No. 97.

      Accordingly, it is **ORDERED:**

      (1)    Plaintiff's motion to withdraw ECF No. 93 is **GRANTED.**

      (2)    The Clerk shall send copies of this Order to Plaintiff and counsel for Defendants.

      **DATED** this   19th   day of December, 2011.

                                            Karen L. Strombom
                                            United States Magistrate Judge

ORDER - 1